12-15-00080-CV

CASE 9544

| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | |
| | § | |
| HEATHER D. DIXON | § | |
| AND | § | 354TH JUDICIAL DISTRICT |
| EDSEL AMOS DIXON | § | |
| | § | |
| IN THE INTEREST OF | § | |
| ASHLEY LYNN DIXON, | § | |
| MINOR CHILD | § | RAINS COUNTY, TEXAS |

FILED IN COURT OF APPEALS
12th Court of Appeals District

APR 29 2015
elkm
TYLER TEXAS
CATHY S. LUSK, CLERK

## AMENDED NOTICE OF APPEAL

This Amended Notice of Appeal is filed by Edsel Amos Dixon, Petitioner, a party to this proceeding who seeks to alter the trial court's judgment or other appealable order.

1. The trial court, cause number, and style of this case are as shown in the caption above.

2. The judgment or order appealed from was signed on January 23, 2015.

3. A motion for new trial was filed on February 19, 2015 and denied on March 13, 2015 by the above referenced trial court.

4. This appeal is being taken to the Twelfth Court of Appeals.

5. This notice is being filed by Edsel Amos Dixon

Respectfully submitted by:

Edsel Amos Dixon

(Pro Se Litigant)

Page 1 of 2

Certificate of Service

I certify that a true copy of this Amended Notice of Appeal was served in accordance with

Rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as

follows:

Party: Heather D. Dixon
Lead Attorney: Craig Black
Address of service: 2510 Lee Street, Greenville, Texas 75402
Method of service: Certified Mail
Date of service: April _28_, 2015

Edsel A Dixon
(Pro Se Litigant)